AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KENNETH BARBOUR,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-10-978**

**FEDERAL PRISONS, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

   **Pursuant to the Opinion and Order filed February 9, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 9, 2011                       JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk