IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KENNETH BARBOUR,**

    **Plaintiff,**

v.

**FEDERAL PRISONS, et al.,**

    **Defendants.**

Case No. 2:10-cv-978

**JUDGE EDMUND A. SARGUS, JR.**

**Magistrate Judge Kemp**

## OPINION AND ORDER

Kenneth Barbour, an inmate at the Red Onion State Prison located in Pound, Virginia, filed this case against a large number of defendants, asserting claims that are, for all intents and purposes, incomprehensible. The case was dismissed because of Mr. Barbour's lengthy history of having cases dismissed as frivolous or in other ways that trigger the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. §1915(g). His appeal of that dismissal order was itself dismissed for failure to prosecute. ECF No. 24. Mr. Barbour has now filed a "Motion for Impeachment," which is, like many of his other filings, pure gibberish. That is also apparently his pattern in other cases. *See, e.g., Barbour v. Western Regional Director VDOC,* 2008 WL 5062126 (W.D. Va. Nov. 26, 2008) ("It is difficult to summarize the contents of [Mr. Barbour's] complaints, because they consist primarily of nonsense phrases. Each complaint form contains line after line of garbled, stream of consciousness prose, which uses English words, but for the most part, does not offer any coherent description of events or claims" ), *aff'd* 324 Fed.Appx. 282 (4th Cir. May 19, 2009).

His motion for impeachment (#27) is **DENIED**. Further, the Clerk is directed not to

accept any additional filings from Mr. Barbour in this case, and to return those filings to him, unless they are accompanied by a certificate from a licensed attorney that there is a good faith basis for making that filing.

**IT IS SO ORDERED.**

_5-1-2011_
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**